IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 08-33088 |
| WASMER, MICHELLE R., | Chapter 7 |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| NCO Financial Systems, Inc.<br>605 W. Edison Ste K<br>Mishawaka, IN 46545 | $579.17 |

Dated: February 11, 2011        Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email:     jshtrustee@jonesobenchain.com

2

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Doug A. Bernacchi | United States Trustee |
| bernacchi@adsnet.com | ustpregion10.so.ecf@usdoj.gov |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann